UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGBARA MOUTALEBI, | No.  2:26-cv-01225-DC-DMC-HC |
| Petitioner, | |
| v. | ORDER |
| CHRISTOPHER CHESTNUT, | |
| Respondent. | |

Petitioner, an immigration detainee who is proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The undersigned issued a briefing schedule, ECF No. 4, and Respondent timely filed an answer to the petition, ECF No. 7. The documentation provided by Respondent reflects that Petitioner was scheduled for a credible fear interview on August 5, 2025, Petitioner requested a translator for his native language of Tchamba, however, because "Tchamba is not a language serviced under any of the interpreter service contracts," the interview was not conducted and U.S. Citizenship and Immigration Services therefore issued a "discretionary" Notice to Appear. ECF No. 7, pgs. 24-26.

In light of the complexity of the legal issues involved, the court has determined that the interests of justice require the appointment of counsel for Petitioner.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

1

In accordance with the above, IT IS HEREBY ORDERED that:

1.     The Federal Defender is appointed to represent Petitioner.

2.     The Clerk of the Court shall serve a copy of this order, along with a copy of the § 2241 petition, on the Federal Defender, Attention: Habeas Appointment.

3.     Within seven (7) days of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to the undersigned's courtroom deputy Jodi Palmer at jpalmer@caed.uscourts.gov, and counsel will be added as counsel for Petitioner.  If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, within seven days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel *pro hac vice*.

4.     Within fourteen (14) days of appointment, Petitioner's counsel may file a reply/traverse to Respondents' answer.

Dated:  May 29, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2